UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| Amy Tang, | ) |  |
| --- | --- | --- |
|  | ) |  |
|     Appellant, | ) |  |
|  | ) |  |
| v. | ) | Nos.  22-2165 |
|  | ) |  |
| Eastern Virginia Medical School, | ) |  |
|  | ) |  |
|     Appellee. | ) |  |
| _____ | ) |  |

**JOINT MOTION TO SUBMIT ON THE BRIEFS**

This case has been fully briefed since August 22, 2023. On October 18, 2024, the Court issued an Order tentatively calendaring the matter for oral argument on January 28-31, 2025, and giving the Parties until today to file a Motion to Submit on the Briefs. The Parties respectfully request that the Court forgo oral argument in this case because the questions to be decided are premised on interpreting written documents, all of which are in the record, rather than on any thorny or complex legal issues.

In particular, the issues on appeal are whether the trial court improperly dismissed Appellant Amy Tang's federal and state trade-secret claims on the conclusion that Appellee Eastern Virginia Medical School ("EVMS"), rather than Tang, owned the trade secrets at the time.

Resolving that question turns entirely on the interpretation of written documents. Dr. Tang has argued that the Parties' Employment Agreement, the Parties' Confidentiality Agreement, and EVMS's Intellectual Property/Patent Policy make it clear that Dr. Tang, rather than EVMS, owned the trade secrets. *See* Tang Opening Br. 26–42. In contrast, EVMS has argued that these written documents, together with Dr. Tang's transcribed deposition statements, point the other way. *See* EVMS Br. 20–37. This question can be resolved on the basis of the Parties' briefs, and oral argument is unlikely to substantially aid in its resolution.

EVMS has also argued that Dr. Tang did not preserve her appellate issues for appeal. *See* EVMS Br. 38–43. Dr. Tang has addressed the preservation arguments in her Reply Brief. *See* Tang Reply Br. 18–23. Resolution of these arguments, too, entirely turn on the contents of the filings submitted to the trial court, all of which are in the record and the pertinent portions of which are cited in the Parties' appellate briefs.

Accordingly, the Parties request that the Court resolve the appeal on the briefs, without oral argument.

Respectfully submitted,

/s/Ayesha N. Khan
Ayesha N. Khan
Elissa Brockbank Reese
Potomac Law Group, PLLC
1300 Pennsylvania Ave., NW, Suite 700
Washington, DC 20004
Telephone: (202) 836-7136
Facsimile: (202) 318-7707
Email: akhan@potomaclaw.com

*Counsel for Appellant*


/s/ David C. Burton
David C. Burton
Yiorgos L. Koliopoulos
WILLIAMS MULLEN
222 Central Park Avenue, Suite 1700
Virginia Beach, Virginia 23462
Telephone: (757)473-5354
Facsimile: (757)473-0395
dburton@williamsmullen.com

*Counsel for Appellee*

Dated: October 28, 2024

CERTIFICATE SERVICE

I certify that I filed the forgoing document with the Court on October 28, 2024, using the Court's e-filing system, which will automatically result in service on Appellee's counsel on appeal.

/s/Ayesha N. Khan
Ayesha N. Khan